Per Curiam.

(No. 74-CC-174—Claimant )

Montanari Clinical School, Inc., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed January 22, 1974.*

Montanari Residential Treatment Center, Claimant, pro se.

William J. Scott, Attorney General; Howard W. Feldman, Assistant Attorney General, for Respondent.

PER CURIAM.